IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JULIE A. BELL, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:06cv448 |
| VALEO CLIMATE CONTROL USA DIVISION INC, et. al., | : District Judge Susan J. Dlott |
| Defendant(s). | : |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Black. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on December 20, 2006 Report and Recommendations (Doc. 28). Subsequently, the Plaintiff filed objections to such Report and Recommendations (Doc. 29) and Defendants filed a reply to the objections (Doc. 30).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, Defendants' Motions to Dismiss (Docs. 7 and 9) are GRANTED, and Defendants Dennis Clark, Kelly Dixon, Scott Dickerson, Rodney Everson, Steffon Rodgers and Vontress Richmond are DISMISSED from this action.

IT IS SO ORDERED.

*Susan J. Dlott*
Susan J. Dlott
United States District Judge