IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JULIE A. BELL, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:06cv448 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| VALEO CLIMATE CONTROL USA : | |
| DIVISION, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Black filed on February 26, 2008 (Doc. 52), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 17, 2008, hereby ADOPTS said Report and Recommendation.

Accordingly, Defendants' Motion to Dismiss (Doc. 41) is **DENIED.**

IT IS SO ORDERED.


   s/Susan J. Dlott_____
Susan J. Dlott
United States District Judge